IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 10-00297-01-CR-W-GAF |
| CHRISTOPHER J. LEVERETTE, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On February 18, 2011, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Christine Scronce, Ph.D. It is the opinion of Dr. Scronce that Defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on June 13, 2011, Defendant and the government stipulated to the report of Dr. Scronce.

Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between February 17, 2011, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is placed on the joint accelerated criminal jury trial docket commencing August 1, 2011.

                                                                     s/ Gary A. Fenner
                                                                     Gary A. Fenner, Judge
                                                                     United States District Court

DATED: June 22, 2011